IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SPENCER DANNER, Director of the Omaha Human Rights and Relations Department, on behalf of ROBERT E. RUSTAN, JR., | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:15CV263 |
| v. | ) ) | |
| BRISTOL APARTMENTS, LLC, TAMMY HARPSTER, owner of Bristol Apartments, and LISA SIMPSON, Property Manager of Bristol Apartments, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation for dismissal (Filing No. 13). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation for dismissal is approved and adopted. This action is dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 24th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court